No. 11–5632.  WATSON v. LAVALLEY, SUPERINTENDENT, GREAT MEADOW CORRECTIONAL FACILITY, ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 11–5634.  WOOD v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 11–5637.  DOCKERY v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 11–5638.  CLARKE v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 11–5639.  EDGAR v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 11–5640.  GIEBEL v. BONILLA ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 11–5642.  SHOVE ET AL. v. UNITED STATES DISTRICT COURT JUDGES ET AL.  C. A. D. C. Cir.  Certiorari denied.

No. 11–5643.  FLOWERS v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 11–5644.  JOHNSON v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 11–5646.  REED v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 11–5647.  WEAVER v. MASSACHUSETTS.  Sup. Jud. Ct. Mass.  Certiorari denied.

No. 11–5649.  JOHNSON v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 11–5651.  MARROQUIN v. CURRY, WARDEN, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 11–5652.  IVERS v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 11–5653.  HERNANDEZ-ROJAS v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.